**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1642**

SONIA JEANNINE BROWN,

Plaintiff - Appellant,

versus

CARILION HEALTH SYSTEM; CARILION CONSOLIDATED
LABS,

Defendants - Appellees,

and

JUDY SNIPES; RANDY VANDEVANDER; RAYMOND
DUBOSE; MARK MURPHY,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:05-cv-00487)

Submitted:  February 7, 2007      Decided:  February 16, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sonia Jeannine Brown, Appellant Pro Se.  Frank Kenneth Friedman,
Agnis Chandra Chakravorty, WOODS ROGERS, PLC, Roanoke, Virginia,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonia Jeannine Brown appeals the district court's order granting summary judgment to Defendants in her 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Carilion Health Sys., No. 7:05-cv-00487 (W.D. Va. May 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED